IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02604-WDM-BNB

JOHN A. HALL,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant and Third-Party Plaintiff,

v.

ELECTRO-MOTIVE DIESEL, INC., a Delaware corporation,
ELECTRO-MOTIVE DIVISION/GENERAL MOTORS CORPORATION, a Delaware corporation, and
DIESEL DIVISION OF GENERAL MOTORS OF CANADA, a wholly-owned subsidiary of General Motors Corporation, organized under the laws of Canada,

Third-Party Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Defendant Union Pacific Railroad company's Unopposed Motion for Leave to File Third-Party Complaint** (the "Motion"), filed on March 31, 2006.

    IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing Union Pacific Railroad Company's Third-Party Complaint, which is attachment 1 to docket entry no. 21.

    IT IS FURTHER ORDERED that the above caption is to be used on all future filings.

DATED:  April 6, 2006