IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02604-WDM-BNB

JOHN A. HALL,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant and Third-Party Plaintiff,

v.

ELECTRO-MOTIVE DIESEL, INC., a Delaware corporation,
ELECTRO-MOTIVE DIVISION/GENERAL MOTORS CORPORATION, a Delaware corporation, and
DIESEL DIVISION OF GENERAL MOTORS OF CANADA, a wholly-owned subsidiary of General Motors Corporation, organized under the laws of Canada,

Third-Party Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Stipulated Motion to Vacate Settlement Conference** [docket no. 32, filed May 19, 2006] (the "Motion").

　　IT IS ORDERED that the Motion is GRANTED and the Settlement Conference set for June 7, 2006, is **VACATED**, to be reset upon the request of the parties.

DATED:  May 19, 2006