IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02604-WDM-BNB

JOHN A. HALL,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant and Third-Party Plaintiff,

v.

ELECTRO-MOTIVE DIESEL, INC., a Delaware corporation,
ELECTRO-MOTIVE DIVISION/GENERAL MOTORS CORPORATION, a Delaware corporation, and
DIESEL DIVISION OF GENERAL MOTORS OF CANADA, a wholly-owned subsidiary of General Motors Corporation, organized under the laws of Canada,

Third-Party Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Renewed Stipulated Motion of the Parties to Amend the Scheduling Order** [docket no. 42 filed October 4, 2006] (the "Motion").

  IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

  Expert Witness Disclosures:
    The plaintiff shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
    or before **September 21, 2006**;

    The defendants shall designate all experts and provide opposing
    counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on
    or before **October 6, 2006**;

        The plaintiff shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 20, 2006**;

| | |
|---|---|
| Discovery Cut-off: | **January 26, 2007;** |
| Dispositive Motion Deadline: | **January 26, 2007.** |

        IT IS ORDERED that the Pretrial Conference set for January 31, 2007, is **vacated and reset to May 29, 2007, at 10:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **May 22, 2007**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  October 5, 2006