IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-02604-WDM-BNB

JOHN A. HALL,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant.

---

## NOTICE OF DISMISSAL OF CERTAIN CLAIMS and THIRD-PARTY DEFENDANTS ONLY

---

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice of Third-Party Claims and Third-Party Defendants in accordance with Fed. R. Civ. P. 41(a)(1).  Accordingly, the third-party complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on November 9, 2006.

                                          BY THE COURT:

                                          s/ Walker D. Miller
                                          United States District Judge