IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02604-WDM-BNB

JOHN A. HALL,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant and Third-Party Plaintiff.

_____

## ORDER
_____

This matter is before me on the plaintiff's **Rule 37 Motion for an Order Compelling Defendant to Allow Locomotive Testing** [Doc. # 47, filed 10/23/2006] (the "Motion").  I held a hearing on the Motion yesterday and made rulings on the record, which are incorporated here.  In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.

Dated November 14, 2006.

BY THE COURT:

 s/ Boyd N. Boland                            
United States Magistrate Judge