IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02604-WDM-BNB

JOHN A. HALL,

Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY, a Delaware corporation,

Defendant and Third-Party Plaintiff,

v.

ELECTRO-MOTIVE DIESEL, INC., a Delaware corporation,
ELECTRO-MOTIVE DIVISION/GENERAL MOTORS CORPORATION, a Delaware corporation, and
DIESEL DIVISION OF GENERAL MOTORS OF CANADA, a wholly-owned subsidiary of General Motors Corporation, organized under the laws of Canada,

Third-Party Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Second Stipulated Motion to Amend the Scheduling Order** [docket no. 55, filed November 17, 2006] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

     Discovery Cut-Off:                        April 29, 2007;
     Dispositive Motion Deadline:           May 18, 2007.

     IT IS FURTHER ORDERED that the Pretrial Conference set for May 29, 2007, is **vacated and reset to September 10, 2007, at 9:00 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **September 4, 2007**. Please remember that anyone seeking entry into the Alfred

A. Arraj United States Courthouse will be required to show a valid photo identification.  <u>See</u> D.C.COLO.LCivR 83.2B.

DATED:  November 20, 2006